**\*\* E-filed June 2, 2011 \*\***

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL LOZANO, et al., | No. C11-02073 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| JPMORGAN CHASE BANK, et al., | |
| Defendants. | |

This civil case was randomly assigned to this Court for all purposes including trial. On May 2, 2011, Defendants filed a motion to dismiss. Docket No. 4. On May 10, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than May 17, 2011. Docket No. 7. As no parties have consented, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the June 21, 2011 hearing on Defendants' motion, are VACATED. However, Defendants' reply brief is still due by June 7, 2011. See Civ. L.R. 7-7(d).

**IT IS SO ORDERED.**

Dated: June 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-02073 HRL Notice will be electronically mailed to:**

Geoffrey Chester Brethen gbrethen@houser-law.com
Sung-Min Christopher Yoo cyoo@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com
Tammay Pramod Mistry tanmay@mistrylawfirm.com

See **General Order 45 Section IX C.2 and D**; **Notice has NOT been electronically mailed to:**

S. Christopher Yoo
AlvaradoSmith
A Professional Corporawtion
1 MacArthur Place
Suite 200
Santa Ana, CA 92707

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2