Deborah P. Gutierrez, Esq. SBN 240383
Prosper Law Group, LLP
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Fax: (310) 988-2930
E-mail: deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOZANO AND ROSAURA LOZANO<br><br>Plaintiff(s)<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., ET AL.<br>Defendant(s). | CASE NUMBER:<br>11-cv-2073 JSW<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

The Court, having considered the Stipulation for Dismissal of the Entire Action Without Prejudice, hereby:

**ORDERS** the entire action be dismissed without prejudice.

Dated: December 12, 2011

_____
United States District Judge/~~Magistrate~~ Judge